UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN CHRISTOPHER COFFER,

Plaintiff,

v.

CROSS, et al.,

Defendants.

Case No.  25-cv-05833-EKL

**ORDER OF DISMISSAL**

Re: Dkt. No. 13

Plaintiff Jonathan Coffer, a state prisoner, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.  On April 21, 2026, the amended complaint was dismissed with leave to amend. ECF No. 10.  Plaintiff recently filed a motion to dismiss the case.  ECF No. 13 at 1.  The Court construes the letter as a request for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  Under Federal Rule 41(a)(1), "a plaintiff has 'an absolute right' to voluntarily dismiss an action 'prior to service by the defendant of an answer or a motion for summary judgment.'"  *Kamal v. Eden Creamery, LLC*, 88 F.4th 1268, 1279 n.4 (9th Cir. 2023) (citation omitted).  The dismissal may be with or without prejudice, but unless a plaintiff's notice of dismissal states otherwise, it is deemed to be without prejudice.  *See* Fed. R. Civ. P. 41(a)(1)(B). This motion (ECF No. 13) is GRANTED, and this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: June 2, 2026

_____

Eumi K. Lee
United States District Judge